■ In the Matter of MARBLETOWN RESIDENTS ASSOCIATION, INC., et al., Appellants v TOWN OF MARBLETOWN PLANNING BOARD et al., Respondents.—Appeal from a judgment of the Supreme Court (Bradley, J.), entered April 13, 1989 in Ulster County, which dismissed petitioners' application, in a proceeding pursuant to CPLR article 78, to review a determination of respondent Town of Marbletown Planning Board approving a site plan for a shopping plaza.

Judgment affirmed, without costs, upon the opinion of Justice Vincent G. Bradley. Mahoney, P. J., Casey, Weiss, Levine and Harvey, JJ., concur.